IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
JAN 1 7 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**EAGLE PAPER INTERNATIONAL, INC.**

**Plaintiff,**

v.   CIVIL ACTION NO.: 2:07cv160

**EXPOLINK, LTD.** *et al,*

**Defendant.**

*ORDER*

This matter comes before the Court upon Defendants' Motion To Dismiss pursuant to Rule 12(b)6 and 12 (b)2 of the Federal Rules of Civil Procedure.

This matter was referred to a United States Magistrate Judge for report and recommendation on October 12, 2007, pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, and the Rules of the United States District Court for the Eastern District of Virginia. On November 26, 2007, the Magistrate Judge filed his report recommending that Defendants' Motion To Dismiss be *GRANTED.* By copy of the report, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the report and the time for filing same has expired. After careful review of the Magistrate Judge's Report and Recommendation, the Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed November 26, 2007. It is, therefore, *ORDERED* that Defendants' Motion To Dismiss for a lack of personal jurisdiction is *GRANTED* and Defendants' motion to dismiss for a failure to state a

claim is *DENIED.*

The Clerk of the Court is *DIRECTED* to send a copy of this Final Order to counsel of record.

*IT IS SO ORDERED.*

/s/
Raymond A. Jackson
United States District Judge

Norfolk, Virginia
January 17, 2008